In re:  Dennis Ray GRAVES,
Petitioner.

No. 04–7443.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2004.

Decided Dec. 23, 2004.

Dennis Ray Graves, Petitioner pro se.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Dennis Ray Graves petitions this court for writ of scire facias. Having failed to obtain authorization from this court to file a second or successive petition under 28 U.S.C. § 2254 (2000), we find that Graves is not entitled to relief. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of scire facias. We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*